Cody Lee White  
  Appellant

From the 47th District Court  
  Of Potter County

v.  07-04-00423-CR

December 28, 2004

The State of Texas  
  Appellee

Opinion by Chief Justice Johnson

J U D G M E N T

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o